# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

EDUARDO MORALES
*Defendant*

MAGISTRATE JUDGE: WALDOR

CASE NO. 19-mj-07492-CLW-2

DATE OF PROCEEDINGS: 10/31/19

DATE OF ARREST: 10/31/19

**PROCEEDINGS:** Initial

- [x] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [x] APPT. OF COUNSEL: [ ] AFPD [x] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: DESIREE GRACE LATZER

DEFT. COUNSEL: Vince LaPaglia, CJA

PROBATION: _____

INTERPRETER _____
Language: _____

TIME COMMENCED: 4:45 pm
TIME TERMINATED: 4:47 pm
CD NO: ECR

TIM GORMAN
DEPUTY CLERK