2019R01274/DGL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. MADELINE COX ARLEO |
| | : | |
| | : | Crim. No. 20-519 |
| v. | : | |
| | : | 21 U.S.C. § 846 |
| EDUARDO MORALES | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

**COUNT ONE**
(Conspiracy to Distribute Controlled Substances)

In or around October 2019, in the District of New Jersey and elsewhere, the defendant,

**EDUARDO MORALES**,

did knowingly and intentionally conspire with others to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Controlled Substances)

On or about October 30, 2019, in the District of New Jersey and elsewhere, the defendant,

**EDUARDO MORALES**,

knowingly and intentionally did possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of the offenses charged in Counts One and Two, set forth above, the defendant,

**EDUARDO MORALES**,

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in this Indictment. Such property includes, but is not limited to, a 2015 BMW 650i, which was seized from Morales on or about October 30, 2019.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.



_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20- 519 (MCA)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

EDUARDO MORALES

## INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1), (b)(1)(B)



CRAIG CARPENITO
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

DESIREE GRACE LATZER
ASSISTANT U.S. ATTORNEY
973-645-2708