# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

EDUARDO MORALES
*Defendant*

MAGISTRATE JUDGE: Edward S. Kiel

CASE NO. 2:20-cr-00519-MCA-1

DATE OF PROCEEDINGS: 5/4/2021

DATE OF ARREST: _____

**PROCEEDINGS:** Arraignment

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] ORDER OF DETENTION
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY  [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Defendant consents to proceed by video
- [x] OTHER: Brady order

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.     DATE: _____
- [ ] DETENTION/BAIL HRG.          DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY    DATE: _____
- [ ] SENTENCING                   DATE: _____
- [ ] OTHER: _____           DATE: _____

**APPEARANCES:**

AUSA: DESIREE LEIGH GRACE

DEFT. COUNSEL: VINCENT JAMES LAPAGLIA

PROBATION: _____

INTERPRETER: _____
Language:

TIME COMMENCED: 11:00 AM
TIME TERMINATED: 11:15 AM
CD NO: ECR

Anthony Sodono
DEPUTY CLERK